# CERTIFICATE OF SERVICE

I, **WARREN A. CUNTZ, JR.**, Chapter 13 Trustee, certify that I have served electronically a true and correct copy of the Wage Order to:

**Kevin Epstein, Esq., United States Trustee** **USTPRegion05.JA.ECF@usdoj.gov**
**Thomas C. Rollins, Jr., Attorney for Debtor** trollins@therollinsfirm.com

and, that I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Wage Order to the Chapter 13 Debtor(s) and Employer:

**Christine Banks & Michael Anthony Carrway**
**1320 S Beech St**
**Picayune, MS 39466**

**Rainbow Learning Center**
**Canal HR INC**
**PO BOX 8798**
**Metarie, LA 70011**

DATED this the 21st day of October 2026.

/s/ Warren A. Cuntz, Jr., Trustee
Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505
(228) 831-9531 ph
(228) 831-9902 fax
Wcuntzcourt@gport13.com