# Proceeding Minutes / Proceeding Memo

**Case #:** 23-50536 **Case Name:** Christine Banks Carraway and Michael Anthony Carraway

**Set:** 12/03/2026 10:00 am **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 11/2/2026 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 11/23/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #82)

Response filed by the Debtors (Dkt. #83)

---

Minute Entry Re: (related document(s): [82] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 12/17/2026. Email received from Cuntz's office. (mcc)